UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-53-2 |
| | ) | REEVES/WYRICK |
| ALICIA BROOKE CARVER | ) | |
| | ) | |
| | ) | |

## ORDER

Ms. Carver has moved to continue sentencing in this case, along with the deadlines for filing objections to the Presentence Report ("PSR") [D. 66]. In support, counsel for Ms. Carver notes that he is aware of matters requiring further investigation and possible expert proof in order to adequately represent Ms. Carver. [D. 66, ¶ 2]. Counsel asserts that it is in the best interest of justice to permit further investigation prior to the submission of objections to the PSR and a sentencing memorandum. [*Id.* at ¶ 3]. The Government does not oppose the motion. [*Id.* at ¶ 4].

The Court may, for good cause, change any time limits or deadlines related to sentencing. FED. R. CRIM. P. 32(b)(2); E.D. TENN. L. R. 83.9(g). With no objection from the Government, the Court finds there is good cause to continue the hearing in this case. Ms. Carver's unopposed motion to continue sentencing and the deadlines for filing objections to the Presentence Report [D. 66] is **GRANTED**.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**